# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. McCLURE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS; DOES 1-20, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 3:17-cv-02476-H-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 5] |

On January 8, 2018, the parties filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs. (Doc. No. 5.) The Court, for good cause shown, grants the joint motion to dismiss and dismisses the entire action with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: January 16, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT